COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. NATIONAL RESERVE INSURANCE COMPANY, Respondent.

No. 10799.

Circuit Court of Appeals, Ninth Circuit.

June 16, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., and J. P. Wenchel, Chief Counsel, B. I. R., of Washington, D. C., for petitioner.

Z. Simpson Cox, of Phoenix, Ariz., for respondent.

Before WILBUR, GARRECHT, and HEALY, Circuit Judges.

---

PER CURIAM.

Upon consideration of the motion of the petitioner, consented to by respondent, for dismissal of the petition to review herein, and by direction of the Court, it is ordered that such motion be, and hereby is, granted, and that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.